```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE CHAVES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-457 GEB |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) ) | |
| CARRIE MARIE CHAVES, | ) ) | Date: December 4, 2009<br>Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Robin Taylor, Assistant United States Attorney, and CARRIE MARIE CHAVES, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that sentencing in the above captioned case be continued from December 4, 2009 to January 15, 2010.  This continuance is sought to permit defense counsel to confer with Ms Chaves, review discovery, and engage in other defense preparation.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through January 15, 2010.

IT IS SO STIPULATED.

Dated: December 3, 2009

          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
CARRIE MARIE CHAVES

Dated: December 3, 2009

BENJAMIN B. WAGNER
United States Attorney

 /s/ Robin Taylor
ROBIN TAYLOR
Assistant U.S. Attorney
BY JLS per oral authorization

**O R D E R**

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until January 15, 2009, at 9:00 a.m. on this court's regular criminal calendar.

IT IS SO ORDERED.

Dated:  December 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2