```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARRIE MARIE CHAVES
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,     ) No. 2:09-cr-457 GEB
                                  )
14              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) CASE
15       v.                       )
                                  )
16  CARRIE MARIE CHAVES,          ) Date: February 19, 2010
                                  ) Time: 9:00 a.m.
17              Defendant.        ) Judge: Hon. Garland E. Burrell, Jr.
                                  )
18  _____ )
19
```

20       It is hereby stipulated and agreed to between the United States of
21  America through Robin Taylor, Assistant United States Attorney, and
22  CARRIE MARIE CHAVES, by and through his counsel, JEFFREY L. STANIELS,
23  Assistant Federal Defender, that the status conference in the above
24  captioned case be continued from February 19, 2010 to April 2, 2010.
25  This continuance is sought to permit additional time for defense
26  counsel to confer with Ms Chaves, review discovery, and engage in other
27  defense preparation.
28       IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
2  Code T-4 from the filing of this stipulation through April 2, 2010.
3       IT IS SO STIPULATED.
4  Dated: February 18, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES


Dated: February 18, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    BY JLS per oral authorization


**O R D E R**

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until April 2, 2010, at 9:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through April 2, 2010.

        IT IS SO ORDERED.

Dated:  March 3, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge