```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARRIE MARIE CHAVES
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,   )  No. 2:09-cr-457 GEB
                                )
14             Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINUING CASE
15       v.                     )
                                )
16  CARRIE MARIE CHAVES,        )  Date: April 2, 2010
                                )  Time: 9:00 a.m.
17             Defendant.       )  Judge: Hon. Garland E. Burrell, Jr.
                                )
18  _____)
19
```

20      It is hereby stipulated and agreed to between the United States of
21 America through Assistant U.S. Attorney Matthew Segal, acting for Robin
22 Taylor, Assistant United States Attorney, and  CARRIE MARIE CHAVES, by
23 and through her counsel, JEFFREY L. STANIELS, Assistant Federal
24 Defender, that the status conference in the above captioned case be
25 continued from April 2, 2010, to April 30, 2010.  This continuance is
26 sought to permit additional time for defense counsel to confer with Ms
27 Chaves, review discovery, and engage in other defense preparation.
28      IT IS FURTHER STIPULATED that time for trial under the Speedy

1  Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
2  Code T-4 from the filing of this stipulation through April 30, 2010.
3       IT IS SO STIPULATED.
4  Dated: April 1, 2010
                                    Respectfully submitted,
5
                                    DANIEL J. BRODERICK
6                                   Federal Defender

7                                   /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   CARRIE MARIE CHAVES

10

11 Dated: April 1, 2010

12                                  BENJAMIN B. WAGNER
                                    United States Attorney
13
                                     /s/ Robin Taylor
14                                  ROBIN TAYLOR
                                    Assistant U.S. Attorney
15                                  BY JLS per oral authorization

16

17                              **O R D E R**

18     The foregoing stipulation of counsel is accepted.  The above
19 captioned matter is ordered to be continued until April 30, 2010, at
20 9:00 a.m. on this court's regular criminal calendar.  Time for trial
21 under the Speedy Trial Act is excluded pursuant to 18 U.S.C. §
22 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation
23 through April 30, 2010.
24         IT IS SO ORDERED.
25 Dated:  April 1, 2010
26
27                                  _____
                                    GARLAND E. BURRELL, JR.
28                                  United States District Judge