DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE CHAVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARRIE MARIE CHAVES,<br><br>    Defendant.<br>_____ | No. 2:09-cr-457 GEB<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date: April 30, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Robin Taylor, Assistant United States Attorney, and CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 30, 2010, to June 4, 2010.  This continuance is sought to permit additional time for defense counsel to confer with Ms Chaves, review discovery, and engage in other defense preparation.

IT IS FURTHER STIPULATED that time for trial under the Speedy

1 Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
2 Code T-4 from the filing of this stipulation through June 4, 2010.
3     IT IS SO STIPULATED.
4 Dated: April 28, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES


Dated: April 28, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    BY JLS per oral authorization


**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 4, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through June 4, 2010.

        IT IS SO ORDERED.

Dated:  May 1, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                            2