```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARRIE MARIE CHAVES
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,    ) No. 2:09-cr-457 GEB
                                 )
14             Plaintiff,        ) STIPULATION AND ORDER MODIFYING
                                 ) CONDITION OF PRETRIAL RELEASE
15      v.                       )
                                 ) Judge: Hon. Edmund F. Brennan
16  CARRIE MARIE CHAVES,         )        (In Chambers)
                                 )
17             Defendant.        )
                                 )
18  _____)
19
```

20     It is hereby stipulated and agreed to between the United States of
21  America through Robin Taylor, Assistant United States Attorney, and
22  CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,
23  Assistant Federal Defender, that the conditions of Ms. Chaves pretrial
24  release be modified to remove the third party custody requirement
25  originally imposed.  CR 8.
26     The court is advised that counsel have conferred with each other
27  and with the supervising Pretrial Services Officer, Mr. Darryl Walker.
28  Mr. Walker advises that Ms. Chaves has been in full compliance with the

1  conditions of her release and that he approves of the removal of this
2  condition.  Likewise government counsel has no objection to the removal
3  of this condition.
4      IT IS SO STIPULATED.
5  Dated: May 11, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES

12 Dated: May 11, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    BY JLS per oral authorization

18                                **O R D E R**

19     The foregoing stipulation of counsel is accepted.  The third party
20 custody requirement previously imposed is hereby terminated.
21          IT IS SO ORDERED.
22 Dated: May 11, 2010

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Stip & Order                          2