1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARRIE MARIE CHAVES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. 2:09-cr-457 GEB
                                )
13            Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                ) CONTINUING CASE
14      v.                      )
                                )
15 CARRIE MARIE CHAVES,         ) Date:  June 25, 2010
                                ) Time:  9:00 a.m.
16            Defendant.        ) Judge: Hon. Garland E. Burrell, Jr.
                                )
17 _____)

18

19      It is hereby stipulated and agreed to between the United States of

20 America through ROBIN TAYLOR, Assistant United States Attorney, and

21 CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,

22 Assistant Federal Defender, that the status conference in the above

23 captioned case be continued from June 25, 2010, to July 23, 2010.  This

24 continuance is sought to permit additional time for defense counsel to

25 confer with Ms Chaves, review discovery, and engage in other defense

26 preparation.

27 ///

28 ///

1    IT IS FURTHER STIPULATED that time for trial under the Speedy
2 Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
3 Code T-4 from the filing of this stipulation through July 23, 2010.
4    IT IS SO STIPULATED.
5 Dated: June 24, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARRIE MARIE CHAVES


Dated: June 24, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/ Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney


**O R D E R**

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until July 23, 2010, at 9:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through July 23, 2010.

    IT IS SO ORDERED.

Dated:  June 25, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            2