1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARRIE MARIE CHAVES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     ) No. 2:09-cr-457 GEB
                                  )
13              Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                  ) CONTINUING CASE
14      v.                        )
                                  )
15 CARRIE MARIE CHAVES,           ) Date: July 23, 2010
                                  ) Time: 9:00 a.m.
16              Defendant.        ) Judge: Hon. Garland E. Burrell, Jr.
                                  )
17 _____)

18

19      It is hereby stipulated and agreed to between the United States of

20 America through ROBIN TAYLOR, Assistant United States Attorney, and

21 CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,

22 Assistant Federal Defender, that the status conference in the above

23 captioned case be continued from July 23, 2010, to August 13, 2010.

24 This continuance is sought to permit additional time for defense

25 counsel to confer with Ms Chaves, review discovery, and engage in other

26 defense preparation.  The specific date is requested due to the

27 unavailability of one or the other of the above counsel on earlier

28 alternative dates.

1        IT IS FURTHER STIPULATED that time for trial under the Speedy
2   Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
3   Code T-4 from the filing of this stipulation through August 13, 2010.
4        IT IS SO STIPULATED.
5   Dated: July 21, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES


12  Dated: July 21, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney




                                **O R D E R**

18       The foregoing stipulation of counsel is accepted.  The above
19  captioned matter is ordered to be continued until August 13, 2010, at
20  9:00 a.m. on this court's regular criminal calendar.  Time for trial
21  under the Speedy Trial Act is excluded pursuant to 18 U.S.C. §
22  3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation
23  through August 13, 2010.
24           IT IS SO ORDERED.
25  Dated:  July 21, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                            2