```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARRIE MARIE CHAVES

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  No. 2:09-cr-457 GEB
                                  )
13             Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING CASE
14       v.                       )
                                  )
15  CARRIE MARIE CHAVES,          )  Date: September 2, 2010
                                  )  Time: 9:00 a.m.
16             Defendant.         )  Judge: Hon. Garland E. Burrell, Jr.
                                  )
17  _____ )

18
```

19       It is hereby stipulated and agreed to between the United States of
20  America through ROBIN TAYLOR, Assistant United States Attorney, and
21  CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,
22  Assistant Federal Defender, that the status conference in the above
23  captioned case be continued from September 3, 2010, to October 22,
24  2010.  This continuance is sought to permit additional time for defense
25  counsel to confer with Ms. Chaves, and with government counsel about
26  the terms of a possible non-trial disposition.  The particular date
27  accounts for various periods of intervening unavailability of counsel
28  as well as the court's calendar schedule in late September.

1     IT IS FURTHER STIPULATED that time for trial under the Speedy
2 Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local
3 Code T-4 from the filing of this stipulation through October 22, 2010.
4     IT IS SO STIPULATED.
5 Dated: September 2, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES


Dated: September 2, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney



### O R D E R

The foregoing stipulation of counsel is accepted.  The above captioned matter is ordered to be continued until October 22, 2010, at 9:00 a.m. on this court's regular criminal calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through October 22, 2010.

    IT IS SO ORDERED.

Dated:  September 3, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                        2