1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CARRIE MARIE CHAVES

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:09-cr-457 GEB
                                    )
13              Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING CASE
14       v.                         )
                                    )
15 CARRIE MARIE CHAVES,             ) Date: October 29, 2010
                                    ) Time: 9:00 a.m.
16              Defendant.          ) Judge: Hon. Garland E. Burrell, Jr.
                                    )
17 _____  )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through ROBIN TAYLOR, Assistant United States Attorney, and

21 CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,

22 Assistant Federal Defender, that the status conference in the above

23 captioned case be continued from October 29, 2010, to November 5, 2010,

24 for change of plea.  This continuance is sought since a plea agreement

25 was not finalized until late Thursday, October 28, 2010.

26      IT IS FURTHER STIPULATED that time for trial under the Speedy

27 Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local

28 Code T-4 from the filing of this stipulation through November 5, 2010.

1       IT IS SO STIPULATED.

2  Dated: October 28, 2010

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender

5                                          /s/ JEFFREY L. STANIELS
                                           JEFFREY L. STANIELS
6                                          Assistant Federal Defender
                                           Attorney for Defendant
7                                          CARRIE MARIE CHAVES

8

9  Dated: October 28, 2010        BENJAMIN B. WAGNER
                                           United States Attorney
10
                                            /s/ Robin Taylor
11                                         ROBIN TAYLOR
                                           Assistant U.S. Attorney
12

13

14                                **O R D E R**

15     The foregoing stipulation of counsel is accepted.  The above

16 captioned matter is continued until November 5, 2010, at 9:00 a.m. on

17 this court's regular criminal calendar.  Time for trial under the

18 Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

19 Local Code T-4 from the filing of this stipulation through November 5,

20 2010.

21         IT IS SO ORDERED.

22 Dated:  October 29, 2010

23

24                                 _____
                                   GARLAND E. BURRELL, JR.
25                                 United States District Judge

26

27

28

Stip & Order                              2