```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARRIE MARIE CHAVES

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  No. 2:09-cr-457 GEB
                                 )
13              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING CASE
14       v.                      )
                                 )
15  CARRIE MARIE CHAVES,         )  Date:  June 3, 2011
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: Hon. Garland E. Burrell, Jr.
                                 )
17  _____)

18

19       It is hereby stipulated and agreed to between the United States of

20  America through MATTHEW MORRIS, Assistant United States Attorney, and

21  CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS,

22  Assistant Federal Defender, that the status conference in the above

23  captioned case be continued from June 3, 2011, to June 10, 2011 for

24  Judgment and Sentencing.  This continuance is sought due to the

25  unavailability of defense counsel on June 3, 2011 for medical reasons.

26  / / / /

27  / / / /

28  / / / /
```

1    This request for a continuance of sentencing does not implicate
2 provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*
3 Dated: June 1, 2011
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES


Dated: June 1, 2011                 BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ MATTHEW MORRIS
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney



                              **O R D E R**


     IT IS SO ORDERED.

Dated:  June 2, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stip & Order                          2