DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE CHAVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )| No. 2:09-cr-457 GEB |
| )| |
| Plaintiff,  )| STIPULATION AND [PROPOSED] ORDER |
| )| CONTINUING CASE |
| v.  )| |
| )| |
| CARRIE MARIE CHAVES,  )| Date: July 22, 2011 |
| )| Time: 9:00 a.m. |
| Defendant.  )| Judge: Hon. Garland E. Burrell, Jr. |
| )| |
| )| |

_____

   It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant United States Attorney, and CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the sentencing proceeding in the above captioned case be continued from July 22, 2011, to July 29, 2011 for Judgment and Sentencing.  This continuance is sought due to the unavailability of defense counsel on July 20 & 21, 2011, and the resulting inability to review the just received amended presentence report

1  with Ms. Chaves in time for the July 22, 2011 setting.
2       This request for a continuance of sentencing does not
3  implicate provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161,
4  *et. seq.*  Both government counsel and the assigned probation
5  officer have advised they are available on July 29. 2011.
6  Dated: July 19, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARRIE MARIE CHAVES

Dated: July 19, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ MATTHEW MORRIS
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney


                              **O R D E R**


     IT IS SO ORDERED.

Dated: July 20, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                          2