DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARRIE MARIE CHAVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-457 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| v. | |
| CARRIE MARIE CHAVES, | Date: July 29, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant United States Attorney, and CARRIE MARIE CHAVES, by and through her counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the sentencing proceeding in the above captioned case be continued from July 29, 2011, to August 12, 2011 for Judgment and Sentencing. This continuance is sought due to the unexpected relocation of Ms. Chaves to Nevada County, and the resulting inability to consult with Ms. Chaves about any questions she has upon reviewing the just received amended presentence report which was provided to Ms. Chaves shortly before she was moved.

This request for a continuance of sentencing does not implicate

provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

Dated: July 28, 2011

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ JEFFREY L. STANIELS
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              CARRIE MARIE CHAVES

Dated: July 28, 2011            BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ MATTHEW MORRIS
                              MATTHEW MORRIS
                              Assistant U.S. Attorney


**O R D E R**

    IT IS SO ORDERED.

Dated:  July 28, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge