IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARRIE MARIE CHAVES,<br><br>　　　　　Defendant. | 2:09-cr-00457-GEB<br><br><u>ORDER DENYING MOTION TO<br>SUSPEND RESTITUTION</u> |

　　　　Defendant's motion to suspend restitution filed on November 16, 2012, (ECF No. 76) is denied.

Dated: January 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1